No. 129. Urie *v.* Thompson, Trustee. Supreme Court of Missouri. Certiorari granted. *Louis N. Wolf*

810

for petitioner. *Thomas J. Cole* and *D. C. Chastain* for respondent. 